UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES CROCKER,**

    **Plaintiff,**

**v.**                                               **Case No: 8:18-cv-108-T-35TGW**

**SYNCHRONY BANK,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Stipulated Notice of Voluntary Dismissal Without Prejudice, (Dkt. 13), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case**.**

**DONE and ORDERED** at Tampa, Florida this 5th day of April, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party